## Louise A. Richey, Appellant, v. Thelma Burke, Administratrix with Will Annexed of Estate of Lula S. Dubisson, Deceased, Thelma W. Burke, Individually, D. J. Dubisson, Robert J. Williams, D. J. Williams, Geraldine Dubisson Lee, and Cora Mae Barnes, Appellees.

**Gen. No. 45,537.**

Benjamin G. Clanton, and Earl J. Neal, for appellant; Russell & Bridewell, for appellees; David A. Bridewell, and John A. Cook, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 11, 1952; rehearing denied February 21, 1952; released for publication March 25, 1952.